(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **2:25-tp-14004-AMC-1**

**UNITED STATES OF AMERICA**

Plaintiff(s)

v.

**RYAN PAUL VARVILLE**

Defendant(s)

FILED BY _MB_ D.C.

JUL 07 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## MOTION TO MODIFY CONDITIONS OF RELEASE
*(TITLE OF DOCUMENT)*

I, **RYAN VARVILLE**, defendant, in the above styled cause, hereby request that my conditions of release be modified to eliminate the new restriction barring me from accessing the internet.

During my sentencing hearing in the Western District of Texas in 2016, through my attorney I negotiated terms with Judge Xavier Rodriguez that resulted in my supervised release conditions not containing any provisions restricting me from internet access.

In May of 2025 (05/29/2025) my case was transferred from the Western District of Texas to the Southern District of Florida due to my relocation to live closer to family. My newly assigned probation officer had me sign a form that stated I would have no internet access, otherwise he would not accept my transfer. This negates the decision of the Judge initially assigned to my case, who sentenced me and who was the most qualified to make the decision due to

(Rev. 10/2002) General Document

being familiar with my personal circumstances. I also had legal access to the internet for many years following the 2010 indictment, including all of the time before and during pre-trial as well as post-incarceration before I transferred to Florida. Now suddenly when I need access to the internet the most, it is restricted. I am doing my best to move forward as far away from my criminal past as possible, but find that I am having immense difficulty in my efforts to reintegrate back into society and the economy without internet access. I am unable to secure employment, unable to pay bills and banking, unable to enroll in and complete higher-education, and unable to update my sex-offender registration changes due to the FDLE's recommendation that most changes are to be done on the FDLE website by the offender and are not allowed to be done by a family member and not allowed to be done by phone. In-person appointments are often booked ahead of time, creating a legal predicament for me when I need to make the changes in a timely manner. Therefore I respectfully pray that this Honorable Court modify my conditions of supervised release accordingly so that the new restriction of internet is removed.

## Certificate of Service

I RYAN VARVILLE, certify that on this date 7-7-25 a true copy of the foregoing document was mailed to: UNITED STATES OF AMERICA
name(s) and address(es)

By:
RYAN VARVILLE
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

772-217-0970
Phone Number

Facsimile Number

695 24th St SW
Street Address

Vero Beach, FL 32962
City, State, Zip Code